(June 13, 1957)

■ THE PEOPLE OF THE STATE OF NEW YORK v. ELSIE DENT and BLACHE SHAVERS.— Motion to dismiss appeal granted. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ LUKE F. SWEENEY, INC., v. CORA T. ALBERTI.— Motion to dismiss appeal granted, with $10 costs. Concur — Botein, J. P., Frank, Valente, McNally and Bastow, JJ.

■ In the Matter of JOSEPH C. PELL, an Attorney.— Motion for reinstatement granted. Concur — Botein, J. P., Frank, Valente and McNally, JJ.

(June 17, 1957)

■ CHASE MANHATTAN BANK et al., as Executors of EDWARD H. GEHRING, Deceased, v. GEHRING LACES, INC., et al.— Motion for leave to appeal to the Court of Appeals denied. Motion for a stay pending an application to the Court of Appeals, for leave to appeal, granted upon the conditions stated in order. Concur — Peck, P. J., Breitel, Botein, Rabin and Bergan, JJ. [See *ante*, p. 830.]